IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NANETTE PARR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:14-cv-1142-WHA |
| I. C. SYSTEM, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #25), filed by the parties on April 30, 2015, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own attorney's fees, costs and expenses.

DONE this 30th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE